IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

PETER KRAUSE, a minor child
and NORA KRAUSE, a minor child
and their parents, DENNIS KRAUSE
and ELAINE KRAUSE,

        Plaintiffs,

CASE NO. 07-CV-626-S

v.

DOLE FRESH VEGETABLES, INC.,
a Division of DOLE FOOD COMPANY,
INC., a Delaware Corporation; NATURAL
SELECTION FOODS, LLC, a California
corporation; NATURAL SELECTION
FOODS MANUFACTURING, LLC, a
California corporation; and MISSION
ORGANICS, LP. LLC, a California
corporation.

        Defendants.

### ORDER FOR DISMISSAL

Based upon the Stipulation of the parties,

IT IS HEREBY ORDERED that the plaintiffs' Complaint is dismissed without prejudice as against defendants and without costs to the plaintiffs or the dismissed defendants.

Dated this 5th day of February, 2008.

BY THE COURT:

*Barbara B. Crabb*
~~Honorable John C. Shabaz~~
District Judge